

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

JUDGE DER-YEGHIAYAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 456 |
| ) | |
| v.    ) | Violations: Title 21, United States Code, |
| ) | Sections 841(a)(1) and 846, and |
| ) | Title 18, United States Code, |
| ) | Sections 922(g)(5)(A) and 2 |
| ANGEL ROSARIO ) | |
| also known as "German Teneco," and ) | |
| CHRISTIAN CARRILLO DEL TORO  ) | **SUPERSEDING INDICTMENT** |
| ) | |

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning no later than on or about July 11, 2007, and continuing until on or about July 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANGEL ROSARIO, also known as "German Teneco," and
CHRISTIAN CARRILLO DEL TORO,

defendants herein, did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute controlled substances, namely, in excess of 5 kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and in excess of 1 kilogram of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ANGEL ROSARIO, also known as "German Teneco," and
CHRISTIAN CARRILLO DEL TORO,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, in excess of 1 kilogram of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ANGEL ROSARIO, also known as "German Teneco,"

defendant herein, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, namely, in excess of 5 kilograms of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## **COUNT FOUR**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

CHRISTIAN CARRILLO DEL TORO,

defendant herein, an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition, namely, a Bryco, model Jennings 9, semiautomatic handgun, bearing serial number 1510240, which was loaded with a magazine bearing 12 rounds of 9 mm ammunition, which firearm and certain of which ammunition was in and affecting interstate and foreign commerce, in that they had traveled in interstate and foreign commerce prior to defendant's possession of the firearm and ammunition;

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count Four of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. As a result of the violations of Title 18, United States Code, Section 922(g)(5)(A), as alleged in Count Four of the foregoing Indictment,

CHRISTIAN CARRILLO DEL TORO,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) includes:

(a) one Bryco, model Jennings 9, semiautomatic handgun bearing serial number 1510240;

(b) one magazine bearing twelve rounds of 9 mm ammunition;

(c) one Bryco, model 59, 9 mm semiautomatic handgun bearing serial number 942717; and

(d) 53 rounds of 9 mm ammunition of varying manufacturers contained within a plastic bag;

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY