07 cr 456

JUDGE DER-YEGHIAYAN

Felony

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JAN 1 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO____  YES **X**  If the answer is "Yes", list the case number and title of the earliest filed complaint.
   07 CR 456   United States v. Angel Rosario      *Soat Brown*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO____  YES **X**  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   07 CR 456   United States v. Angel Rosario      Judge Der-Yeghiayan

3) Is this a re-filing of a previously dismissed indictment or information?   NO **X**   YES____
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X**   YES____   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO **X**   YES____

6) What level of offense is this indictment or information?   FELONY **X**   MISDEMEANOR____

7) Does this indictment or information involve eight or more defendants?   NO **X**   YES____

8) Does this indictment or information include a conspiracy count?   NO **X**   YES____

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . (II) | ☐ DAPCA Controlled Substances . . (III) |
   | ☐ Criminal Antitrust . . . . (II) | ☐ Postal Fraud . . . . . . . (II) | **X** Miscellaneous General Offenses . . (IV) |
   | ☐ Bank robbery . . . . . . . (II) | ☐ Other Fraud . . . . . . . (III) | ☐ Immigration Laws . . . . . . (IV) |
   | ☐ Post Office Robbery . . . (II) | ☐ Auto Theft . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws . . (IV) |
   | ☐ Other Robbery . . . . . . (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws . . . . . (IV) |
   | ☐ Assault . . . . . . . . . (III) | ☐ Forgery . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . (IV) |
   | ☐ Burglary . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . (III) | ☐ Selective Service Act . . . . (IV) |
   | ☐ Larceny and Theft . . . . (IV) | ☐ Sex Offenses . . . . . . . (II) | ☐ Obscene Mail . . . . . . . (III) |
   | ☐ Postal Embezzlement . . . (IV) | ☐ DAPCA Marijuana . . . . . (III) | ☐ Other Federal Statutes . . . . (III) |
   | ☐ Other Embezzlement . . . (III) | ☐ DAPCA Narcotics . . . . . (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    21 U.S.C. §841(a)(1)          18 U.S.C. §922(g)(5)(A)
    21 U.S.C. §846

*S H Mecklenburg*
SHERI H. MECKLENBURG
Assistant United States Attorney

(Revised 12/99)



**FILED**
**JANUARY 16, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT