UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:07–cr–00456
                                              Honorable Samuel Der–Yeghiayan

Angel Rosario, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan as to defendants Angel Rosario and Christian Carrillo Del Toro: At the parties' request, arraignment and plea on the superseding indictment reset to 01/24/08 at 9:30 a.m. Arraignment and plea set for 01/22/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.