U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CR 456-02 |
|---|---|
| USA V. CHRISTIAN CARILLO DEL TORRO | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHRISTIAN CARILLO DEL TORRO

| NAME (Type or print) |  |
|---|---|
| IRVING MILLER |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ IRVING MILLER |  |
| FIRM |  |
| THE MILLER FIRM P.C. |  |
| STREET ADDRESS |  |
| 10 S. RIVERSIDE PLAZA  SUITE 1020 |  |
| CITY/STATE/ZIP |  |
| CHICAGO, ILLINOIS  60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1913875 | 312 207-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |  |