# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 456 - 2 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Christian Carrillo Del Toro | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/03/08 at 9:30 a.m. as to Defendant Christian Carrillo Del Toro for a possible change of plea. In the interest of justice, the Government's oral motion to exclude time through and including 04/03/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant to remain in custody until further order of the Court.                                                                (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|