# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                        Case No.: 1:07–cr–00456
                                             Honorable Samuel Der–Yeghiayan

Angel Rosario, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan as to Christian Carrillo Del Toro: Status hearing held. Change of plea hearing set for 05/28/08 at 10:00 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 05/28/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant to remain in custody until further order of the court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.