Case 1:07-cr-00456 Document 29 Filed 05/28/2008 Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 456 - 2 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Christian Carrillo Del Toro | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Christian Carrillo Del Toro. Defendant enters plea of guilty as to Count I of the Superseding Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 07/29/08. Failure to file written objections to the calculations of the offense level and criminal history category in the PSR by 07/29/08 will be deemed as a waiver of any objections to the PSR's calculations. The parties are further given leave until 07/29/08 to submit to the Court any other sentencing position papers. Sentencing is set for 08/05/08 at 10:00 a.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | maw |
|---|---|---|

07CR456 - 2 USA vs. Christian Carrillo Del Toro　　　　Page 1 of 1